No. 526. REID, DOING BUSINESS AS COLLEGE BOOK EXCHANGE, *v.* HARPER & BROTHERS. C. A. 2d Cir. Certiorari denied. *Thurman Arnold* and *Norman Diamond* for petitioner. *Horace S. Manges* and *Alexander S. Andrews* for respondent.

No. 529. COLEMAN COMPANY, INC., *v.* HOLLY MANUFACTURING CO., INC. C. A. 9th Cir. Certiorari denied. *Dean Acheson, W. Graham Claytor, Jr.* and *John F. Eberhardt* for petitioner. *James B. Christie* for respondent.

No. 531. PENNSYLVANIA *v.* EASTMAN KODAK CO. Supreme Court of Pennsylvania, Middle District. Certiorari denied. *Herbert B. Cohen,* Attorney General of Pennsylvania, and *Edward Friedman,* Deputy Attorney General, for petitioner. *Sanford D. Beecher* for respondent.

No. 535. MOZER ET AL., DOING BUSINESS AS MOZER BROS., *v.* HI-YIELD CHEMICAL CO. ET AL. C. A. 5th Cir. Certiorari denied. *W. F. Moore* for petitioners. *Louis W. Woosley* for respondents.

No. 542. HARRISON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Martin A. Rosenberg* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for respondent.

No. 543. GENOVESE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph A. Fanelli* and *Joseph H. Freehill* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.